UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NORMAN HOEWISCHER,

    Plaintiff,

v.                                                            Case No: 6:12-cv-941-Orl-36DAB

M & P SHOPPING CENTERS, INC.,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge David A. Baker on January 29, 2013 (Doc. 20). In the Report and Recommendation, Judge Baker recommends that Plaintiff Norman Hoewischer's ("Plaintiff") [Third][1] Motion to extend time to serve Defendant (Doc. 19) be denied for lack of diligence and that the Court dismiss this case without prejudice. Doc. 20, p. 2. On February 12, 2012, Plaintiff filed a Response to the Report and Recommendation, stating that Defendant M & P Shopping Centers, Inc. ("Defendant") was served on January 29, 2012, the same day that the Report and Recommendation was entered. Doc. 23; *see* Affidavit of Service, Doc. 22. The Report and Recommendation is ripe for review

Upon review, the Court finds that the Magistrate Judge's Report and Recommendation was appropriate, given the status of the case on the date that it was issued. When granting Plaintiff's second request for an extension of time to serve Defendant, the Court provided that "no further extensions should be sought absent a showing of extraordinary good cause." Doc.

---

[1] Although Plaintiff titled the pleading the "Second" Motion to extend time to serve Defendant, it is actually Plaintiff's third request for additional time.

17. Indeed, the Court agrees with the Magistrate Judge that Plaintiff's [Third] Motion to extend time to serve Defendant failed to state extraordinary good cause. Doc. 20, p. 2.

Nevertheless, Plaintiff demonstrates that service was perfected on Defendant on January 29, 2013. *See* Affidavit of Service, Doc. 22. Additionally, on February 19, 2012, Defendant filed an Answer and affirmative defenses. Doc. 24. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, including the proof of service, the Court will decline to adopt the Report and Recommendation and will grant Plaintiff's [Third] Motion to Extend Time to Serve Defendant (Doc. 19).

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 20) is rejected, as service upon Defendant has been perfected.

2. Plaintiff's [Third] Motion to extend time to serve Defendant (Doc. 19) is **GRANTED.** However, Plaintiff is cautioned that the Court will not tolerate further delays in the prosecution of this claim.

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge David A. Baker